# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

| | | |
|---|---|---|
| JASON LENON, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | Case No. CV414-137 |
| | ) | |
| WARDEN STANLEY WILLIAMS, | ) | |
| | ) | |
| Respondent. | ) | |

## REPORT AND RECOMMENDATION

After extending the time for Jason Lenon to comply with the Court's Order directing him to pay the $5 filing fee or risk dismissal of his 28 U.S.C. § 2254 petition, doc. 9, he nevertheless has still failed to comply, so his 28 U.S.C. § 2254 petition should be **DISMISSED WITHOUT PREJUDICE**.

**SO ORDERED** this <u>1st</u> day of October, 2014.

*[signature]*
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA