# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF GEORGIA

# SAVANNAH DIVISION

JASON LENON,                            )
                                        )
    Petitioner,               )
                                        )
v.                                      )    Case No. CV414-137
                                        )
WARDEN STANLEY WILLIAMS,                )
                                        )
    Respondent.               )

## <u>ORDER</u>

The Court **VACATES** its October 1, 2014 Report and Recommendation (doc. 10) in light of the $5 filing fee paid on October 2, 2014.

**SO ORDERED**, this 2nd th day of October, 2014.

_____
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA